```
┌─────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA   │
│              CIVIL DOCKET ENTRIES FOR CASE A02-0088--CV (HRH)       │
│                      "CHERYL MAPLES V SOA ET AL"                    │
├─────────────────────────────────────────────────────────────────────┤
│            Including terminated parties, excluding terminated counsel│
└─────────────────────────────────────────────────────────────────────┘
```

```
  Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:
    Referral Rule:
            Filed: 04/15/02
           Closed: 05/20/02

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (442) Jobs

           Origin: (1) Original Proceeding
           Demand: 9999
       Filing fee: In Forma Pauperis
         Trial by:
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | MAPLES, CHERYL | Cheryl Maples<br>Pro Per<br>6841 Weimer, #3<br>Anchorage, AK 99502<br>907-245-0017 |
| DEF 1.1 | ALASKA, STATE OF | No counsel found for this party! |
| DEF 2.1 | CASEY, MYRA | No counsel found for this party! |
| DEF 3.1 | STEELE, JAMES | No counsel found for this party! |
| DEF 4.1 | ERICKSON, TRAVIS | No counsel found for this party! |
| DEF 5.1 | HENDERSON, ABIGALE | No counsel found for this party! |
| DEF 6.1 | RABAGO, FRANCES | No counsel found for this party! |
| DEF 7.1 | COMMISSION FOR HUMAN RIGHTS, AK | No counsel found for this party! |
| DEF 8.1 | MILLER, DONALD | No counsel found for this party! |
| DEF 9.1 | RAMOS, EVELYN | No counsel found for this party! |
| DEF 10.1 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | No counsel found for this party! |
| DEF 11.1 | LOFSTEAD, MARK | No counsel found for this party! |
| DEF 12.1 | HUNT, STEVE | No counsel found for this party! |
| DEF 13.1 | EQUAL EMPLOYMENT OPPORTUNITY COMMISION | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A02-0088--CV (HRH)
              "CHERYL MAPLES V SOA ET AL"

       Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 14.1 | HORNE, DIANNA | No counsel found for this party! |
| DEF 15.1 | MCDUFFIE, SUSAN | No counsel found for this party! |
| DEF 16.1 | EQUAL EMPLOYMENT OPPORTUNITY, STATE | No counsel found for this party! |
| DEF 17.1 | BUCHHOLDT, THELMA | No counsel found for this party! |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A02-0088--CV (HRH)
                                "CHERYL MAPLES V SOA ET AL"

                                     For all filing dates
```

```
  Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 04/15/02
            Closed: 05/20/02

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (442) Jobs

            Origin: (1) Original Proceeding
            Demand: 9999
        Filing fee: In Forma Pauperis
          Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 04/15/02 | Application to proceed without prepayment of fees. |
| 2 - 1 | 04/15/02 | Complaint filed. |
| 3 - 1 | 04/15/02 | PLF 1 motion (application) for appointment of counsel w/att exh. |
| 4 - 1 | 05/09/02 | HRH Order order to show cause; denying motion (application) for appointment of counsel (3-1) & IP; filing fee $150 due 5/15/02; show cause by 5/31/02 why case should not be dismissed as untimely or file voluntary dismissal. cc: cnsl (w/sample response; PS09, Pro Se Handbook), PSLC |
| 5 - 1 | 05/20/02 | HRH Order of dismissal w/o prejudice for failure to pay $150 fee. cc: cnsl, PSLC |